**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Cause No. CR-09-61-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL SCHLEINING**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with the Findings  and Recommendations of the United States

Magistrate Judge Carolyn Ostby [Doc. #14], to which there has been no objection, and

subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P.

11(c)(3), the plea of guilty to the charges of the Information is hereby accepted.  The

Defendant is adjudged guilty of the offense of Conspiracy to Possess with Intent to

Distribute Marijuana in violation of 21 U.S.C. Sections 846 and 841(a)(1).   Defendant

consents to forfeiture, pursuant to 21 U.S.C. Section 853.  Sentencing has been set by

Order of Court for August 24, 2009, at 2:30 p.m. [Doc. #16].

DATED the 8th Day of June 2009.


_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
CHIEF U.S. DISTRICT JUDGE